# UNITED STATES DISTRICT COURT

for the

District of Minnesota

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-336 JRT/JFD |
| Bryan Wesley Edison (1) | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AMENDED ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Bryan Wesley Edison                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment         Superseding Indictment         Information         Superseding Information         Complaint

   Probation Violation Petition         Supervised Release Violation Petition         Violation Notice         Order of the Court

This offense is briefly described as follows:                                         Pretrial Release Violation Petition
Counts 1-16: Animal Crushing, 18:48(a)(1)


Date:  09/05/2025                                       _____
                                                                     *Issuing officer's signature*

City and state:   Minneapolis, MN                       Kate M. Fogarty, Clerk of Court
                                                                     *Printed name and title*

---

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____                                 _____
                                                                     *Arresting officer's signature*

                                                                     _____
                                                                     *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____