PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Bryan Wesley Edison          Docket No. 0864 0:25CR00336-001(JRT/JFD)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Mathew R. Koppes, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of **Bryan Wesley Edison** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 17th day of September, 2025, under the following special conditions:

- Pretrial Services Supervision
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness
- Halfway House
- Weapons Restriction
- No Illegal Use of Controlled Substances
- Substance Abuse Testing
- Report Contact with Law Enforcement
- Alcohol Abstinence
- Residential Requirements / Restrictions
- Comply with conditions is pending state case

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Edison received two major rule violations at the Duluth Bethel for unaccountability while away from the facility. Specifically, Edison failed to call and notify staff when he arrived at his place of employment on October 24, 2025, and October 27, 2025.

The defendant's failure to comply with the rules and regulations of the halfway house is in violation of his conditions of release pursuant to 18 U.S.C. § 3148.

PRAYING THAT THE COURT WILL ORDER: That the defendant's conditions of release be modified to include the following additional conditions:

- Participate in the follow location restriction program and comply with its requirements as directed. Curfew: You are restricted to your residence everyday as directed by the supervising officer.

- Submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided. The defendant shall be monitored using global positioning system (GPS) technology.

- The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this <u>6th</u> day of <u>November</u>, 2025, and ordered filed and made a part of the records in the above case.

s/ John F. Docherty
John F. Docherty
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Mathew R. Koppes
Mathew R. Koppes
Senior U.S. Probation Officer
218-529-3548

Executed on    November 5, 2025

Place          Duluth

Approved:

s/ *Michael Alberts*

Michael F. Alberts
Supervisory U.S. Probation Officer