**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Civil No. 25-336 (JRT/JFD)

Plaintiff,

v.

BRYAN WESLEY EDISON,

**ORDER ADOPTING REPORT**
**AND RECOMMENDATION**

Defendant.

On January 30, 2026, Defendant Bryan Wesley Edison filed a Motion to Dismiss, and on February 2, 2026, he filed a Motion for Speedy Trial.  (Docket Nos. 45, 46.)  On April 1, 2026, Magistrate Judge John F. Docherty issued a Report and Recommendation (R&R) recommending that the motions be denied.  (Docket No. 59.)  Edison requested an extension of time to file objections to the R&R, which the Court granted, setting a deadline of April 29, 2026.  (Mot. Extension of Time, Apr. 16, 2026, Docket No. 66; Order, Apr. 17, 2026, Docket No. 67.)  Edison has filed several additional motions which are presently under consideration with the Magistrate Judge, but he has not filed any timely objections to the R&R issued on April 1.  Therefore, the Court will adopt the R&R and deny the motions.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

-2-

1.  The Report and Recommendation of the Magistrate Judge (Docket No. [59]) is

    **ADOPTED**;

2.  Defendant Bryan Wesley Edison's Motion to Dismiss (Docket No. [45]) is

    **DENIED**; and

3.  Defendant Bryan Wesley Edison's Motion for Speedy Trial (Docket No. [46]) is

    **DENIED as moot**.


DATED:  June 1, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                       United States District Judge