**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN WESLEY EDISON,

Defendant.

Criminal No. 25-336 (JRT/JFD)

**ORDER**

The Court held a status conference on October 2, 2026, regarding Defendant Bryan Wesley Edison's motion to proceed pro se (Docket No. 107), Defendant Counsel Robert Meyers' subsequent motion to withdraw as counsel (Docket No. 108), and Plaintiff the United States' motion for a continuance and exclusion of time under the Speedy Trial Act (Docket No. 110). At the status conference, Edison reaffirmed his desire to represent himself, and current counsel confirmed that he was willing to continue as standby counsel. Edison also authorized his standby counsel to continue communications with the United States regarding possible resolution of his case. The United States asked for a continuance to serve the interest of justice, to which Edison objected.

Edison also filed a pro se motion to waive trial by jury (Docket No. 112) and a motion to dismiss (Docket No. 113).

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bryan Wesley Edison's Motion to Proceed Pro Se (Docket No. [107]) is **GRANTED**.

2. Counsel Robert Meyers' Motion to Withdraw as Counsel (Docket No. [108]) is **GRANTED**.

    a. Mr. Myers will continue to appear as standby counsel.

    b. Mr. Meyers is authorized to engage in discussions regarding the resolution of the case to the extent authorized by the Defendant.

3. The United States' Motion to Exclude Time Under the Speedy Trial Act and Continue the Trial Date (Docket No. [110]) is **GRANTED**. The time between the date of this order and November 4, 2026, is to be excluded from the Speedy Trial Act computations in this case under 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The United States shall respond to Defendant's Motion to Waive Trial by Jury (Docket No. [112]) and Motion to Dismiss Pursuant to Due Process Clause of [the] Fifth Amendment (Docket No. [113]) by **no later than 5:00 p.m. on October 9, 2026.**

5. If Defendant intends to file a reply in support of either motion, he must do so **no later than 5:00 p.m. on October 14, 2026.**

DATED: October 2, 2026
at Minneapolis, Minnesota.

/s/ John R Tunheim
JOHN R. TUNHEIM
United States District Judge