# United States District Court
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
v.
BRYAN WESLEY EDISON

GOVERNMENT'S EXHIBIT LIST
Criminal No. 25-336 (JRT/JFD)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable John R. Tunheim | Jeanne D. Semivan<br>Campbell Warner<br>Assistant United States Attorneys | Standby Counsel:<br>Robert Meyers<br>Assistant Federal Defender |
| TRIAL DATES<br>November 4-6, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Video: Terrible Turtles Eat Cute Chicks (12:52) |
| 2 | | | | | Video: Syrian Hamster Struggles to Survive Hungry Turtle (12:57) |
| 3 | | | | | Video: Pomeranian Husky Mauls Guinea Pig (3:15) |
| 4 | | | | | Video: turtles shred WILD bunny rabbit (6:31) |
| 5 | | | | | Video: Turtles Terrorize Rat and Mouse SHIPWRECKED live feeding (23:41) |
| 6 | | | | | Video: Monitor Lizard EATS Mighty Syrian Hamsters (9:43) |
| 7 | | | | | Video: LIZARDS and TURTLES Gobble Chickens for THANKSGIVING – warning live feeding (3:58) |
| 8 | | | | | Video: Flexing My Giant Pet Reptiles (3:12) |
| 9 | | | | | Video: Monster Dragon Eats Guinea Pig (12:48) |
| 10 | | | | | Video: Monitor Lizard Eats Big Black Bunny (16:38) |
| 11 | | | | | Video: Turtles eat big bunny (11:59) |
| 12 | | | | | Video: Turtle eat a live Guinea Pig (10:24) |
| 13 | | | | | Video: SNAPPING TURTLES EAT GUINEA PIG (48:00) |
| 14 | | | | | Video: MONITOR LIZARD EATS A BUNNY RABBIT I FOUND (7:35) |
| 15 | | | | | Video: Monitor Lizard Eats a horrible Hamster (10:02) |
| 16 | | | | | Video: Monitor Lizard Bullies Fat Syrian Hamster (6:58) |
| 17 | | | | | Video: Monitor Lizard Eats Giant Guinea Pig (18:14) |
| 18 | | | | | Excerpts from Apple iCloud Search Warrant Returns |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 19 | | | | | Excerpts from Google Search Warrant Returns |
| 20 | | | | | Open Source Screen Shots of YouTube Channels |
| 21 | | | | | Open Source Screen Shots of PrinceblacWear |
| 22 | | | | | Records from Patreon |
| 23 | | | | | Records from CapitalOne Bank |
| 24 | | | | | FBI Computer Analysis Response Team Reports and Supporting Documentation |
| 25 | | | | | Video Upload Device Data Records |
| 26 | | | | | Video Metadata Records 1 |
| 27 | | | | | Video Metadata Records 2 |
| 28 | | | | | Video Metadata Records 3 |
| 29 | | | | | Rule 1006 Summary Chart: Video Metadata |
| 30 | | | | | Rule 1006 Summary Chart: Payments Received |
| 31 | | | | | Expert Report: By Jason Pratte |
| 32 | | | | | Excerpt of Jail Calls |
| | | | | | ***The Government reserves the right to amend this list as evidence develops in preparation for trial, at trial, on cross-examination, and in any rebuttal case*** |