UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-336 (JRT/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRYAN WESLEY EDISON,

Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Campbell Warner

Dated: October 27, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/Campbell Warner*

BY:

CAMPBELL WARNER
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 24060800TX
campbell.warner@usdoj.gov
612-664-5600