**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 25-336 (JRT/JFD)

v.

BRYAN WESLEY EDISON,

**VERDICT FORM**

Defendant.

---

**<u>COUNT 1</u>**
(Animal Crushing)

**Question 1:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

______ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **Count 1** of the Indictment and as depicted in the government's Exhibit 1.

**COUNT 2**
(Animal Crushing)

**Question 2:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

______ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **Count 2** of the Indictment and as depicted in the government's Exhibit 2.

**COUNT 3**
(Animal Crushing)

**Question 3:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

______ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **Count 3** of the Indictment and as depicted in the government's Exhibit 3.

**COUNT 4**
(Animal Crushing)

**Question 4:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

______ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **Count 4** of the Indictment and as depicted in the government's Exhibit 4.

**COUNT 5**
(Animal Crushing)

**Question 5:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 5** of the Indictment and as depicted in the government's Exhibit 5.

**COUNT 6**
(Animal Crushing)

**Question 6:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 6** of the Indictment and as depicted in the government's Exhibit 6.

**COUNT 7**
(Animal Crushing)

**Question 7:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 7** of the Indictment and as depicted in the government's Exhibit 7.

**COUNT 8**
(Animal Crushing)

**Question 8:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 8** of the Indictment and as depicted in the government's Exhibit 8a.

**COUNT 9**
(Animal Crushing)

**Question 9:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 9** of the Indictment and as depicted in the government's Exhibit 9.

**COUNT 10**
(Animal Crushing)

**Question 10:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 10** of the Indictment and as depicted in the government's Exhibit 10.

**COUNT 11**
(Animal Crushing)

**Question 11:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 11** of the Indictment and as depicted in the government's Exhibit 11.

**COUNT 12**
(Animal Crushing)

**Question 12:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 12** of the Indictment and as depicted in the government's Exhibit 12.

**COUNT 13**
(Animal Crushing)

**Question 13:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 13** of the Indictment and as depicted in the government's Exhibit 13.

**COUNT 14**
(Animal Crushing)

**Question 14:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 14** of the Indictment and as depicted in the government's Exhibit 14.

**COUNT 15**
(Animal Crushing)

**Question 15:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 15** of the Indictment and as depicted in the government's Exhibit 15.

**COUNT 16**
(Animal Crushing)

**Question 16:** We, the Jury, unanimously find the defendant, Bryan Wesley Edison,

_____ NOT GUILTY

__X__ GUILTY

of the crime of Animal Crushing, as charged in **COUNT 16** of the Indictment and as depicted in the government's Exhibit 16.

WHEN YOU HAVE COMPLETED YOUR DELIBERATIONS, PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.

[redacted]
FOREPERSON'S SIGNATURE

Nov 9th 2026
DATE